UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL L. ROBILLARD<br><br>Plaintiff<br><br>v.<br><br>LABOR READY NORTHEAST, INC., ROBERT MURPHY, in his official capacity as DIRECTOR of LABOR READY NORTHEAST, INC., and as MANAGER of LABOR READY NORTHEAST, INC.<br><br>Defendants | United States District Court<br><br>Civil Action No. 03-328S<br>Consolidated With 03-329S |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendants, Labor Ready Northeast, Inc., Robert Murphy, in his official capacity as Director of Labor Ready Northeast, Inc., and as Manager of Labor Ready Northeast, Inc.

Respectfully submitted,

By: ______________________

Frederick E. Connolly, Esq. #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Tel: 617-951-2100

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, hereby certify this 24th day of July, 2006 that I served a copy of the foregoing document by first-class mail, postage prepaid upon Patricia E. Andrews, Esq., 170 Westminster Street, Providence, Rhode Island 02903.

Frederick E. Connelly

PABOS2:FCONNEL:642401_1
14761-91935