UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL L. ROBILLARD<br><br>Plaintiff<br><br>v.<br><br>LABOR READY NORTHEAST, INC., ROBERT MURPHY, in his official capacity as DIRECTOR of LABOR READY NORTHEAST, INC., and as MANAGER of LABOR READY NORTHEAST, INC.<br><br>Defendants | United States District Court<br><br>Civil Action No. 03-329S<br><br>RECEIVED<br><br>JUL 21 2006<br><br>DAVID L. MARTIN, U.S. MAGISTRATE JUDGE<br>U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND<br><br>FILED<br>JUL 2 9 2006<br>U.S. DISTRICT COURT<br>DISTRICT OF RHODE ISLAND |

MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

1. Defendants, Labor Ready Northeast, Inc. and Robert Murphy, hereby move that Rebecca J. Wilson, Esq., be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the grounds that Attorney Wilson has represented Labor Ready Northeast, Inc. for several years and has particular knowledge of the defendant's business.

2. This matter was dismissed without prejudice and submitted to binding arbitration. The Defendants wish to have Attorney Wilson represent them in the arbitration and any related matters before this Court.

3. Attorney Wilson is a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ____________
William E. Smith, District Judge
Date: 7/26/06

4. Attorney Frederick Connelly is a member of the bar of this Court and will be actively involved in this case. He will accept service on all documents, and will attend all court proceedings unless excused by the Court for good cause shown. Attorney Connelly maintains a Rhode Island office at 40 Westminster Street, Suite 201, Providence, R.I. 02903.

5. Attorney Wilson's Certification for Pro Hac Vice Admission is submitted herewith.

Respectfully submitted,

LABOR READY NORTHEAST, INC.,
ROBERT MURPHY, in his official capacity as Director of LABOR READY NORTHEAST, INC.,

By their attorneys,

Frederick E. Connelly, #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, hereby certify this 28th day of June, 2006 that I served a copy of the foregoing document by first-class mail, postage prepaid upon Patricia E. Andrews, Esq., 170 Westminster Street, Providence, Rhode Island 02903.

Frederick E. Connelly

PABOS2:641093_1

UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL L. ROBILLARD<br><br>Plaintiff<br><br>v.<br><br>LABOR READY NORTHEAST, INC., ROBERT MURPHY, in his official capacity as DIRECTOR of LABOR READY NORTHEAST, INC., and as MANAGER of LABOR READY NORTHEAST, INC.<br><br>Defendants | United States District Court<br><br>Civil Action No. 03-329S |

ATTORNEY'S CERTIFICATION PRO HAC VICE ADMISSION

I hereby certify as follows:

1. I certify that I am a member in good standing of the bar of the State(s) of **Massachusetts** and the following federal district court bar(s) **United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit,** without any restriction on my eligibility to practice, and that I understand by obligation to notify this Court immediately of any change respecting my status in this respect.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Rebecca J. Wilson

Rebecca J. Wilson, MA BBO#529980
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Ph: (617) 951-2100
Fax: (617) 951-2125

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule Gen 204 in its entirety and as it is related to the participation and responsibilities of local associate counsel.

Frederick E. Connelly, #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Ph: (617) 951-2100
Fax: (617) 951-2125

**ORDER:** This motion is hereby granted

David L Martin

U.S. ~~District~~ Judge
MAGISTRATE

Date: 7-27-06