UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JODI ANN SEQUIN CAVALLARO,<br>Plaintiff,<br>v.<br>LABOR READY NORTHEAST, INC., ROBERT MURPHY, in his official Capacity as DIRECTOR OF LABOR READY NORTHEAST, INC., and ARTHUR TARINELLI as MANAGER OF LABOR READY NORTHEAST, INC.,<br>Defendant. | CIVIL ACTION NO. 03-328S |

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE WAIVING ALL RIGHTS TO APPEAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated by all parties that the complaint by plaintiff Jodi Ann Sequin Cavallaro against defendants Labor Ready Northeast, Inc., Robert Murphy, in his official Capacity as Director of Labor Ready Northeast, Inc., and Arthur Tarinelli in his official capacity as Manager of Labor Ready Northeast, Inc. in the above-entitled action be dismissed with prejudice and without costs, waiving all rights of appeal and/or rights to petition for attorneys' fees and expenses.

Respectfully submitted,

Plaintiff,

JODI ANN SEQUIN CAVALLARO,

By her attorney,

/s/ Patricia E. Andrews
Patricia E. Andrews, Esq. #4321
129 Dyer Street
Providence, RI 02903
(401) 421-0966

Defendants,

LABOR READY NORTHEAST, INC., ROBERT MURPHY, in his official Capacity as DIRECTOR OF LABOR READY NORTHEAST, INC., and ARTHUR TARINELLI as MANAGER OF LABOR READY NORTHEAST, INC.

By their Attorneys,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., Esq. #6772
Rebecca J. Wilson, Esq. (pro hac vice)
Elizabeth A. Houlding, Esq. (pro hac vice)
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28 day of December, 2006, I served the aforementioned document upon all counsel of record by mailing a copy of same, first class mail, postage prepaid to:

Patricia E. Andrews, Esquire
129 Dyer Street
Providence, RI 02903

/s/ Elizabeth A. Houlding
Elizabeth A. Houlding

PABOS2:EHOULDI:651005_1
14761-91935